UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDO VINCENT,

               Plaintiff,

v.

NORTHWEST AIRLINES, INC.,
a Foreign Profit Corporation, Individually
and d/b/a NORTHWEST AIRLINES,

               Defendant.

Case No. 10-10131
Honorable Patrick J. Duggan

               /

## JUDGMENT

On October 22, 2009, Brando Vincent ("Plaintiff") filed a complaint against

Northwest Airlines, Inc. ("Northwest") in state court alleging several claims arising from

two flights: (1) Northwest Flight #289 on September 7, 2007 between Detroit and

Memphis and (2) a purported flight between Honolulu and Chicago.  Northwest timely

removed Plaintiff's complaint to this Court and then filed a motion for summary

judgment.  In an Opinion and Order issued on this date, the Court granted Northwest's

motion.

      Accordingly,

      IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiff's complaint is

DISMISSED WITH PREJUDICE.

DATE: August 19, 2010

                                  s/PATRICK J. DUGGAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:
Michael G. Kelman, Esq.
Brian L. Fantich, Esq.
David R. Baxter, Esq.
Daniel J. Seymour, Esq.